# EXHIBIT A

0015397634

B1044-6106 04/23/2026 6:12 PM Received by Pennsylvania Department of State

**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8722
Harrisburg, Pennsylvania 17105-8722

# ANNUAL REPORT

Fee: $0

**Pennsylvania Department of State**

**-FILED-**

Amendment #: 0015397634
Date Filed: 4/23/2026

In compliance with the requirements of 15 Pa.C.S. § 146 (relating to annual report), the undersigned domestic or foreign association hereby states that:

Record Information

| | |
|---|---|
| File number | 0000080819 |
| Business name | THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS |
| Jurisdiction of formation | UTAH |
| Filing type | Foreign Nonprofit Corporation |

Current Registered Office or Commercial Registered Office Provider

| | |
|---|---|
| Search for Commercial Registered Office Provider (CROP) | Corporation Service Company<br>Commercial Registered Office Provider |
| Venue and Publication County | Dauphin |

Principal Office

| | |
|---|---|
| Address | SCOTT R. PETERSON<br>50 E. NORTH TEMPLE 2WW<br>SALT LAKE CITY, UT 84150-0001 |

Governor(s)

**The name of at least one governor to this association.**

| Name of individual or entity |
|---|
| + Dallin H Oaks |

Principal Officer(s)

**The names and titles of the persons who are its principal officers, if any, as determined by its governors**

| Name of individual or organization | Position | Other Position |
|---|---|---|
| + Dallin H Oaks | President | |
| + R. David McMillan | Treasurer | |
| + Brook P Hales | Secretary | |

Electronic Signature

IN TESTIMONY WHEREOF, the association has caused this Annual Report to be signed by a duly-authorized representative

| Signer's Capacity | Sign Here | Date |
|---|---|---|
| *Secretary* | *Brook P. Hales* | *04/23/2026* |